UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
SHAWN ROBINSON,                    )
                                   )
         Plaintiff,                )
                                   )
    v.                             )    C.A. No. 14-554 S
                                   )
SCOTT SEMPLE, et al.,              )
                                   )
         Defendants.               )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

　　Magistrate Judge Lincoln D. Almond filed a Report and Recommendation (R&R) on January 18, 2017 (ECF No. 23), recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 21) and enter final judgment in favor of Defendants.  Plaintiff did not object to either the Motion for Summary Judgment or the R&R.  After carefully reviewing the Motion for Summary Judgment and the R&R, this Court ACCEPTS the R&R in its entirety.  Defendants' Motion for Summary Judgment is therefore GRANTED.  Final judgment shall enter in favor of Defendants.

IT IS SO ORDERED.

/s/ W.E.Smith
_____
William E. Smith
Chief Judge
Date:  March 8, 2017